UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTARES MANAGEMENT LLC,
SARANSH SHARMA,

                         Plaintiffs,

   v.                                                    Civil No. 12-CIV-6075(KBF)(RLE)

GALT GLOBAL CAPITAL, INC.,
GLOBAL INNOVATION FUND, LTD;
GLOBAL INNOVATION SPV 1, LTD; and
GARY BARTHOLOMEW,

                         Defendants.

---

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Nature of Action: | Breach of Contract, Breach of Fiduciary Duties, etc. |
| Moving Parties: | Defendants. |
| Directed To: | Plaintiffs. |
| Date and Time: | At a date and time to be determined by the Court, if necessary. |
| Place: | Hon. Katherine B. Forrest, U.S.D.J., Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15 B, New York, New York 10007-1312. |
| Supporting Papers: | Memorandum in Support of Defendants' Motion for Summary Judgment, dated January 13, 2014; Declaration of Ryan K. Cummings, dated January 10, 2014; Declaration of Gary Bartholomew, dated January 12, 2014; Declaration of Trevor Michael, dated January 12, 2014; Defendants' Local Rule 56.1 Statement of Undisputed Facts, dated January 13, 2014. |
| Answering Papers: | Answering papers shall be served on January 29, 2014, in accordance with the Court's briefing schedule. |
| Relief Requested: | An Order granting summary judgment to Defendants and dismissing Plaintiffs' claims in their entirety. |
| Grounds for Relief: | Fed. R. Civ. Pro. 56. |

Oral Argument:     At the Court's discretion.

Dated: January 13, 2014

                                      **HODGSON RUSS LLP**
                                      *Attorneys for Defendants*

                                      By: /S/ Ryan K. Cummings _____
                                                Ryan K. Cummings (RC 5411)
                                      The Guaranty Building
                                      140 Pearl Street, Suite 100
                                      Buffalo, New York 14202
                                      Telephone: (716) 856-4000
                                      Facsimile: (716) 849-0349
                                      E-mail: *ryan_cummings@hodgsonruss.com*

TO:         **SHER TREMONTE LLP**
              *Attorneys for Plaintiffs*
              Justin M. Sher, Esq.
              80 Broad Street, Suite 1301
              New York, New York 10004
              Telephone: (212) 202-2600
              E-mail: *jsher@shertremonte.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTARES MANAGEMENT LLC,
SARANSH SHARMA,

                            Plaintiffs,

      v.                                               Civil No. 12-CIV-6075(KBF)(RLE)

GALT GLOBAL CAPITAL, INC.,
GLOBAL INNOVATION FUND, LTD;
GLOBAL INNOVATION SPV 1, LTD; and
GARY BARTHOLOMEW,

                            Defendants.

---

## CERTIFICATE OF SERVICE

I certify that on January 13, 2014, I caused a copy of Defendants' Notice of Motion for Summary Judgment, dated January 13, 2014; Memorandum in Support of Defendants' Motion for Summary Judgment, dated January 13, 2014; the supporting declaration of Ryan K. Cummings, dated January 10, 2014, the supporting declaration of Gary Bartholomew, dated January 12, 2014, the supporting declaration of Trevor Michael, dated January 12, 2014, and Defendants' Rule 56.1 Statement of Undisputed Facts, dated January 13, 2014, to be served via the Court's ECF system and on the following:

                **SHER TREMONTE LLP**
                *Attorneys for Plaintiffs*
                Justin M. Sher, Esq.
                80 Broad Street, Suite 1301
                New York, New York 10004
                Telephone: (212) 202-2600
                E-mail: *jsher@shertremonte.com*

                            S/ Ryan K. Cummings  _____
                                      Ryan K. Cummings

000160/00769 Litigation 7722751v1