```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 7 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTARES MANAGEMENT LLC, et al.,       :

                Plaintiffs,       :

                  -v-       :    12 Civ. 6075 (KBF)

GALT GLOBAL CAPITAL, INC., et al.,       :    ORDER

               Defendants.       :
------------------------------------------------------------X
KATHERINE B. FORREST, District Judge:

      The Court hereby notifies the parties that it likely will grant defendants' motion for summary judgment. Accordingly, the Court hereby adjourns all dates and deadlines (including the trial date) previously set in this matter.

      A final decision shall be issued in due course. If the Court ultimately decides a trial is necessary, new dates shall be set in the Court's final decision.

SO ORDERED.

Dated:    New York, New York
           February 27, 2014

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge